FILED

Name: Deborah Elwynne Baber
Address: 709 Pacific Cove Drive
Port Hueneme, CA 93041
Phone: 646-895-0049

2020 JUL -6 AM 11: 33

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deborah Elwynne Baber,

PLAINTIFF, *See attachment #1 Number 1*

vs.

Gavin Christopher Newsom

DEFENDANT(S).

Case No.: **CV20-05996-DSF-KS**
(To be supplied by the Clerk)

**COMPLAINT FOR:**

_____
_____
_____
_____
_____

**Jury Trial Demanded**

PAID
JUL -6 2020
Clerk, US District Court
COURT 4612

## I. JURISDICTION

1. This Court has jurisdiction under _____
_____
_____
_____
_____
_____
_____

Attachment Number 1

Plaintiffs:
Deborah Elwynne Baber, Joan Ann Lopez
Lisa Marie Munoz, Rolando Chinea
Kevin James Daly, Patricia Saraceno

## II. VENUE

2. Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3. Plaintiff's name is *Deborah Elwynne Baber*. Plaintiff resides at: *709 Pacific Cove Drive, Port Hueneme, CA 93041   Ventura County*

_____

_____

4. Defendant *Gavin Christopher Newsom*

_____

_____

_____

_____

5. Defendant _____

_____

_____

_____

_____

Pro Se Clinic Form                             *Page Number*

# IV. STATEMENT OF FACTS

Insert ¶ # _See attached 6 (six) pages_

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form                                   Page Number

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __Ventura__  )

On __July 5, 2020__ before me, __Individual -_____,
         Date                          Here Insert Name and Title of the Officer

personally appeared __Deborah E/wynne Baber_____
                                Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Gloria J. Massey Chinea__
           Signature of Notary Public

[Notary Seal: GLORIA JEAN MASSEY CHINEA, Notary Public - California, Ventura County, Commission # 2200416, My Comm. Expires Jun 5, 2021]

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Mass Tort__
Document Date: __July 5, 2020__   Number of Pages: __9 pages__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Deborah E/wynne Baber__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☒ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __California Residents + Citizens__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



Dear Governor Gavin Christoper Newsom,

Your declaration of a State of Emergency for the COVID-19 diagnosis criteria for a series of pneumonia and influenza related symptoms and the allegations of the existence of a "novel coronavirus" is based on a series of assumptions that are patently false.

1. According to the International Committee on Taxonomy of Viruses' (ICTV) *Coronaviridae* Study Group (CSG) publication on March 2, 2020, the preliminary data suggesting that there was sufficient variation to determine this to be a novel virus vs. a mutation of known coronaviruses, was not based on established scientific principles but was responsive to the World Health Organization's prior unfounded declaration of novelty of both the virus and a new disease;
2. There could be no independent verification of the epidemiologic models predicting dire infection and mortality rates as the underlying models and data were not published, and when sought, were reportedly corrupted so as to make their examination impossible;
3. In violation of State law, no medical or scientific evidence was provided to establish even causal links between the SARS CoV-2 and the symptoms of COVID-19, relying instead on foreign government hearsay and conjecture;
4. Since 2003, the U.S. Department of Health and Human Services and their subordinate organizations – the National Institute of Allergy and Infectious Diseases (NIAID) and the Centers for Disease Control and Prevention (CDC) – maintained a patent preventing any independent organization from testing for the presence of coronavirus transmissible to humans through 2018 resulting in a complete lack of testing technologies;
5. No State official reviewed for accuracy or veracity any of the causal statements made in the Declaration of Emergency which contain false, misleading, and terror inducing statements;
6. In violation of well-established legal precedent from *Jew Ho v. Williamson, 103 F. 10, 26 (C.C.N.D. Cal. 1900)* and subsequent public health law, arbitrary and capricious rules were inflicted upon a part of the population that were not applied generally, resulting in the unlawful confinement of a healthy population with no basis in science or fact;
7. The Governor failed to provide adequate testing to confirm or deny the presence or absence of "a novel coronavirus" and, based on recent reports from testing of incarcerated persons reported by Reuters, 96% of prisoners testing positive for coronavirus are asymptomatic, demonstrating a failure to establish even a statistical link between the virus and the disease;
8. Neither the Governor nor any public health officer has followed evidence-based, peer-reviewed, clinical science showing that neither social distancing (of up to 6 feet of separation), nor the wearing of masks has any clinical effect in a healthy population and that instituting such policies is exclusively for the inducement of fear and terror in the population;

As result of these and other established facts, your orders and those that follow from these orders issued in violation of the State Constitution, are illegal and unenforceable. I hereby demand that you immediately cease and desist in your suspension of my Constitutional rights and those of the common citizenry.

Sincerely,

*Deborah Gwynne Baker*

GLORIA JEAN MASSEY CHINEA
Notary Public – California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021



For your reference, please review the following facts:

**Assertion:**

On April 25, 2003, the United States Department of Health and Human Services Centers for Disease Control and Prevention (hereinafter, "CDC") filed an application for a United States *(Application Number Coronavirus isolated from humans". Claim 3 – US46592703P, subsequently issued as U.S. Patent 7,776,521)* entitled "A method of detecting a severe acute respiratory syndrome-associated coronavirus *(SARS-CoV)* in a sample...; and, Claim 4 - A kit for detecting a severe acute respiratory syndrome-associated coronavirus *(SARS-CoV)* in a sample..., provided the CDC with a statutory market exclusion right for the detection of and sampling for severe acute respiratory syndrome-associated coronavirus *(SARS-CoV)*. **Securing this right afforded the CDC exclusive right to research, commercially exploit, or block others from conducting activities involving SARS-CoV since 2003.** On September 24, 2018, the CDC failed to pay the required maintenance fees on this patent and their rights expired with no notification issued by CDC alerting the private sector to this decision.

**From April 2003 until September 2018, the CDC owned SARS-CoV, its ability to be detected and the ability to manufacture kits for its assessment. During this 15-year period, the effect of the grant of this right — ruled unconstitutional in 2013 by the United States Supreme Court in the case of Association for Molecular Pathology et al. v. Myriad Genetics – meant that the commercial exploitation of any research or commercial activity in the United States involving SARS-CoV would constitute an infringement of the CDC's illegal patent.**

It appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material were illegal, the CDC and National Institute of Allergy and Infectious Diseases led by Anthony Fauci *(hereinafter "NIAID" and "Dr Fauci", respectively)* entered into trade among States *(including, but not limited to working with Ecohealth Alliance Inc.)* and with foreign ~~nations~~ national entities *(specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences)* through the 2014 et seq National Institutes of Health Grant R01AI110964, to exploit their patent rights.

It further appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases *(hereinafter "NIAID")* entered into trade among States *(including, but not limited to working with University of North Carolina, Chapel Hill)* and with foreign nations *(specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences represented by Zheng-Li Shi)* through U19AI109761 (Ralph S. Baric), U19AI107810 (Ralph S. Baric), and National Natural Science Foundation of China Award 81290341 *(Zheng-Li Shi)* et al. 2015-2016.

It further appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on generic material was illegal, the CDC and NIAID entered into trade among States *(including, but not limited to working with University of North Carolina, Chapel Hill)* and with foreign nations to conduct chimeric construction of novel coronavirus material with specific virulence



GLORIA JEAN MASSEY CHINEA
Notary Public – California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021

properties prior to, during, and following the determination made by the National Institutes for Health in October 17, 2014 that this work was not sufficiently understood for its biosecurity and safety standards.

In this inquiry, it is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal and when the National Institutes of Health issued a moratorium on such research.

Reportedly, in January 2018, the U.S. Embassy in China sent investigators to Wuhan Institute of Virology and found that, "During interactions with scientists at the WIV laboratory, they noted the new lab has a serious shortage of appropriately trained technicians and investigators needed to safely operate this high-containment laboratory." The Washington Post reported that this information was contained in a cable dated 19 January 2018. Over a year later, in June 2019, the CDC conducted an inspection of Fort Detrick's U.S. Army Medical Research Institute of Infectious Diseases *(hereinafter "USAMRIID")* and ordered it closed after alleging that their inspection found biosafety hazards. A report in the journal Nature in 2003 (423(6936): 103) reported cooperation between CDC and USAMRIID on coronavirus research was followed by considerable subsequent collaboration. The CDC, for what appear to be the same type of concern identified in Wuhan, elected to continue work with the Chinese government while closing the U.S. Army facility.

The CDC reported the first case of SARS-CoV like illness in the United States in January 2020 with the CDC's Epidemic Intelligence Service reporting 650 clinical cases and 210 tests. Given that the suspected pathogen was first implicated in official reports on December 31, 2019, one can only conclude that CDC: a) had the mechanism and wherewithal to conduct tests to confirm the existence of a "novel coronavirus"; or, b) did not have said mechanism and falsely reported the information in January. It tests credulity to suggest that the WHO or the CDC could manufacture and distribute tests for a "novel" pathogen when their own subsequent record on development and deployment of tests has been shown to be without reliability.

Around March 12, 2020, in an effort to enrich their own economic interests by way of securing additional funding from both Federal and Foundation actors, the CDC and NIAID's Dr Fauci elected to suspend testing and classify COVID-19 by capricious symptom presentation alone. Not surprisingly, this was necessitated by the apparent fall in cases that constituted Dr. Fauci's and others' criteria for depriving citizens of their 1st Amendment rights. At present, the standard according to State and Territorial Epidemiologists Interim-20-ID-01 for COVID-19 classification is:

> In outpatient or tele-health settings at least two of the following symptoms must be indicated: fever (measured or subjective), chills, rigors, myalgia, headache, sore throat, new olfactory and taste disorder(s)
>
> OR
>
> at least one of the following symptoms must be indicated: cough, shortness of breath, or difficulty breathing OR Severe respiratory illness with at least one of the following:
>
> - **Clinical or radiographic evidence of pneumonia, or**





- **Acute respiratory distress syndrome (ARDS).**
  AND No alternative more likely diagnosis

  Laboratory Criteria for Reporting

- **Detection of SARS-CoV-2 RNA in a clinical specimen using a molecular amplification detection test.**
- **Detection of specific antigen in a clinical specimen.**
- **Detection of specific antibody in serum, plasma, or whole blood indicative of a new or recent infection serologic methods for diagnosis are currently being defined**

After inflicting grave harm to the people of the United States of America through economic hardships resulting from ~~their~~ allegations of an "epidemic" or "pandemic", the CDC and the NIAID set forth, and the President of the United States and various Governors in the respective States promulgated, standards for lifting restrictive conditions which are in violation of the 1st Amendment to the Constitution and serve exclusively to enrich themselves. Both the presence of a vaccine or treatment and, or, the development of testing — each of which solely benefit the possible conspiring parties and their co-conspirators — are set forth as a condition for re-opening the country. This appears to be an unambiguous violation of the Sherman Act and, if so, should be prosecuted immediately to the full extent of the law.

The CDC and WHO elected to commit to a narrative of a novel coronavirus – exhibiting properties that were anticipated in the U.S. Patent 7,618,802 issued to the University of North Carolina Chapel Hill's Ralph Baric – and, in the absence of testing protocols, elected to insist that SARS-CoV-2 was the pathogen responsible for conditions that were consistent with moderate to severe acute respiratory syndrome.

## U.S. Constitution:

### Article One, Section 8, clause 8,

To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries

By Renewing their Illegal Patents on **February 17, 2014 the CDC violated Article 1, Section 8, Clause 8 of the U.S. Constitution**

By Renewing their Illegal Patents on **February 17, 2014 the CDC willfully violated the law using tax-payer funds in light of the Supreme Court ruling on June 13, 2013**

### Article One, Section 9, clause 2,

Which states that "The privilege of the writ of habeas corpus (a recourse in law challenging the reasons or conditions of a person's confinement) shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it."

THERE IS NO CLINICAL DATA SHOWING THAT THE "RESTRAINT OF HEALTHY INDIVIDUALS" HAS ANY EMPRICAL DATA SUPPORTING ITS USE. NO EVIDENCE SUPPORTING EMERGENCY DECLARATIONS HAVE BEEN OFFERED WITH THE EXCEPTION



OF STATEMENTS MADE BY COLLUDING PARTIES SEEKING TO BENEFIT FROM VACCINATIONS, TESTING OR THE COMBINATION – NEITHER OF WHICH CAN BE REASONABLY EXPECTED GIVEN THE PATENTS GRANTED TO AND HELD BY THE COLLUDING PARTIES.

**The Sherman Act and Clayton Act violations consist of receiving and directing funding only to those parties colluding around the infringement of the CDC's illegal patent.**

• CDC; NIAID; University of North Carolina, Chapel Hill; Wuhan Institute of Virology; National Institutes of Health; U.S. Department of Health and Human Services; President's Task Force; Governors except North Dakota, Nebraska, Arkansas, Utah, Wyoming, South Dakota, and Oklahoma

**Possible violation of 15 U.S. Code § 19**

• Dr. Fauci is on the Leadership Council of the Bill and Malinda Gates

• Global Vaccine Action Plan

**DOMESTIC TERRORISM - Still in Effect Until March 15, 2020**

**Section 802 of the USA PATRIOT Act (Pub. L. No. 107-52)** expanded the definition of terrorism to cover ""domestic,"" as opposed to international, terrorism. A person engages in domestic terrorism if they do an act "dangerous to human life" that is a violation of the criminal laws of a state or the United States, if the act appears to be intended to: (i) intimidate or coerce a civilian population; (ii) influence the policy of a government by intimidation or coercion;

Lastly, current policing, fining, arrests and harassment throughout the country and CA/Orange County in this case, is in violation of not only First Amendment "abridging the right of people to peaceably assemble" but more narrowly:

**Title 18 U.S.C., Section 242 Deprivation of Rights Under Color of Law:**

**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;** and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

As a concerned Patriot, proud American and citizen of this country/county, I willfully submit the above statements for your consideration. It is my assertion that the above facts must be considered for the



GLORIA JEAN MASSEY CHINEA
Notary Public – California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021

immediate removal and suspension of any and all continued unlawful, unconstitutional and draconian measures adversely affecting citizens. Henceforth any measures related to and known as 'shelter in place,' quarantine, 'non-essential' work, social distance, and the closure of public spaces will be considered unconstitutional and nothing more than an unlawful attempt at 'social engineering.' Finally, I request your support and immediate investigation of any 'sworn' Governmental official at local, State or Federal levels for their willfully complicit or knowingly criminal misconduct of their Constitutional duties in the service of their office.

In closing, I welcome your correspondence and am hopeful that you take this matter seriously on behalf of my family and fellow US citizens currently being impacted by the 'illegal' actions outlined above. Lastly, I will be submitting this same letter to all related local, State and Federal Gov't representatives including the Attorney General for considered legal action on behalf of myself and fellow citizens.

Sincerely yours,

*[signatures]*

GLORIA JEAN MASSEY CHINEA
Notary Public - California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021

Sharon Elizabeth Daly

[signature]

Theresa Marvel

Tom Thorne Petit Marvel

Ricky Lee Hull

Patricia M. Saraceno

Marshall Lew Chase

[signature]

A.C. [signature]

Kris Mauldin

Verna S. Mandel

[signature]

Olga G. Siefke

Alice M. Haskins

ARTHUR LERWILL

[signature]



GLORIA JEAN MASSEY CHINEA
Notary Public - California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021





GLORIA JEAN MASSEY CHINEA
Notary Public - California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021





GLORIA JEAN MASSEY CHINEA
Notary Public - California
Ventura County
Commission # 2200416
My Comm. Expires Jun 5, 2021