NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

*Deborah Elwynne Baber*
*709 Pacific Cove Drive*
*Port Hueneme, CA 93041*
*646-895-0049*

ATTORNEY(S) FOR:

FILED

2020 JUL -6  AM 11: 33

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Deborah Elwynne Baber*

Plaintiff(s),

v.

*Gavin Christopher Newsom*

Defendant(s)

CASE NUMBER:

**CV20-05996-DSF-KS**

## CERTIFICATION AND NOTICE
## OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| | |

___July 6, 2020___                    ___Deborah Elwynne Baber___
Date                                   Signature

Attorney of record for (or name of party appearing in pro per):

_____